IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 4:15-cr-00180-1
)
Ernest Lee Butler Jr., )
    Defendant. )
)
)

## O R D E R

Defendant Butler has filed a "Motion for Relief Pursuant to 18 U.S.C. § 3585(B)" wherein he asks the Court to award him credit for approximately four months spent in county custody prior to his February 3, 2016, sentencing for the offense of escape from custody.

Defendant's claim is not properly before this Court. "A claim for credit for time served is brought under 28 U.S.C. § 2241 after the exhaustion of administrative remedies." United States v. Nyhuis, 211 F.3d 1340, 1345 (11th Cir. 2000). That type of motion must be filed in the district where a defendant is incarcerated, which in Defendant's case is South Carolina. As such, this Court has no jurisdiction over any § 2241 claim Defendant may raise.

Moreover, the granting of credit for time served "'is in the first instance an administrative, not a judicial, function.'" Nyhuis, 211 F.3d at 1345, quoting United States v. Flanagan, 868 F.2d 1544, 1546 (11th Cir. 1989). As such, Defendant must first exhaust his administrative remedies with the Bureau of Prisons before seeking relief from the Court. Butler has made no showing that he has exhausted such remedies.

Ernest Lee Butler, Jr.
Order on Motion
Page 2

Based on the above, Defendant's Motion is **DENIED**.

SO ORDERED this 2ND day of NOVEMBER 2016.

_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA